**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TANISHA BURRESS, on behalf of Herself and those similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:25-cv-05106 |
| WESTERN AVENUE NISSAN, INC., | ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff, TANISHA BURRESS, by and through her attorney, Benjamin S.

McIntosh, SWMW Law, LLC, and the Defendant, WESTERN AVENUE NISSAN, INC, by and

through their attorney, Adam M. Berger, Miller Berger, LLC, hereby provide this Joint

Stipulation of Dismissal with prejudice and each party to bear their own costs.


By: */s/ Adam M. Berger*
Adam M. Berger, #6269402
Miller Berger, LLC
20 N. Clark Street, Suite 2450
Chicago, Illinois 60602
(312) 283-4563 Phone
E-mail: adam@millerberger.com

By: */s/ Benjamin S. McIntosh*
Benjamin S. McIntosh, #6325759
Ben.mcintosh@swmwlaw.com
Attorneys for Plaintiff
701 Market St., Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 Facsimile

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TANISHA BURRESS, on behalf of )
Herself and those similarly situated, )
                                  )
       Plaintiff, )
                                    )
v. )       Case No. 1:25-cv-05106
                                    )
WESTERN AVENUE NISSAN, INC., )
                                    )
       Defendant. )

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 24, 2025, the foregoing document, ***Joint Stipulation of Dismissal,*** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Adam Berger:       adam@millerberger.com

                             By: ***/s/ Benjamin S. McIntosh***
                                Ben McIntosh, #6325759
                                Ben.mcintosh@swmwlaw.com
                                Attorneys for Plaintiff
                                701 Market St., Suite 1000
                                St. Louis, MO 63101
                                (314) 480-5180
                                (314) 932-1566 Facsimile